## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE HORENSTEIN, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) **Case No.: 1:12-cv-00323** |
| NORTHSTAR LOCATION SERVICES, LLC | ) ) ) ) |
| Defendant | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.


Dated: June 18, 2012         BY: /s/ Craig Thor Kimmel
                             Craig Thor Kimmel
                             Attorney ID # 2790038
                             Attorney for Plaintiff
                             Kimmel & Silverman, P.C.
                             30 E. Butler Pike
                             Ambler, PA 19002
                             Phone: (215) 540-8888
                             Fax: 877-788-2864
                             Email: kimmel@creditlaw.com